**C. C. Stevens, appellant, v. Lavinia McConnell Donaldson and Percy Donaldson, appellees. Gen. No. 29,515.**

Suit to foreclose mortgage. Decree dismissing bill for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed April 13, 1925. Rehearing denied April 27, 1925.

Louis Reinecker, Jr., for appellant; Walter Hamilton, of counsel. Cyrus Heren, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

**Bremer Manufacturing Company, for use of Veronica Maltby, appellee, v. J. C. Tully, appellant. Gen. No. 29,525.**

Garnishment proceedings. Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed April 13, 1925. Rehearing denied April 27, 1925.

John D. Clancy, for appellant. Stephen A. Cross and Will J. Bell, for appellee; Stephen A. Cross, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

**Mary Johnson et al., defendants in error, v. Henri Pype et al., plaintiffs in error. Gen. No. 29,447.**

Action under the Dramshop Act to recover for the death of plaintiffs' decedent alleged to have been caused by intoxicating liquors sold to him by the defendants. Judgment for plaintiffs. Error to the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Freeman, Mason & Igoe, for plaintiffs in error. Winters, Stevens, Risk & Griffith, for defendants in error; George M. Stevens, Julian Clay Risk and Melvin L. Griffith, of counsel.

Mr. Justice Matchett delivered the opinion of the court.